IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

SHERMAN LAMONT FIELDS,

                    Movant/Appellant,

          *-against-*

UNITED STATES OF AMERICA,

                Respondent/Appellee.

CIVIL No. W-09-CV-009

CRIMINAL No. W-01-CR-164

**NOTICE OF APPEAL**

\***THIS IS A CAPITAL CASE**

**PLEASE TAKE NOTICE** that Defendant-Appellant, SHERMAN LAMONT FIELDS ("Mr. Fields"), through undersigned counsel, hereby appeals to the United States Court of Appeals for the Fifth Circuit from this Court's September 25, 2012 Order [Dkt. No. 334] and entry of Final Judgment against Mr. Fields [Dkt. No. 335], denying and dismissing (1) Mr. Fields' Amended Motion for a New Trial and to Vacate, Set Aside and Correct Conviction and Death Sentence, and for Relief from Judgment, Made Pursuant to 28 U.S.C. § 2255 or Rule 33 of the Federal Rules of Criminal Procedure ("§ 2255 Motion") [Dkt. No. 318], (2) Mr. Fields' Motion for Authorization of Funds for Expert Assistance [Dkt. No. 329], (3) Mr. Fields' Motion for Discovery and Production of Scientific Examination and Possible DNA Testing [Dkt. No. 327], and (4) Mr. Fields' Motion for Discovery [Dkt. No. 330].

Mr. Fields also appeals from this Court's June 10, 2013 Order [Dkt. No. 364], denying (1) Mr. Fields' Motion to Vacate, Alter or Amend the Court's Order Denying His Motion for a New Trial and to Vacate, Set Aside and Correct Conviction and Death Sentences, and for Relief from Judgment ("Rule 59(e) Motion for Reconsideration") [Dkt. No. 336], (2) Mr.

-1-

Fields' Motion for Reconsideration of the Denial of His Motion for Leave to Compel Production of Physical/Biological Evidence for Defense Examination and Possible DNA Testing ("DNA Reconsideration Motion") [Dkt. No. 337], (3) Mr. Fields' Motion for Reconsideration of the Denial of His Motion for Authorization of Funds for Expert Assistance ("Expert Reconsideration Motion") [Dkt. No. 338], and (4) Mr. Fields' Motion for Reconsideration of His First Motion for Discovery ("Discovery Reconsideration Motion") [Dkt. No. 345]; and from each and every subsidiary adverse ruling and finding forming the basis for these Orders.

Mr. Fields proceeds *in forma pauperis* pursuant to Fed. R. App. Proc. 24(a)(3), having been found by this Court to be financially unable to obtain an adequate defense. *See* Dkt. # 270, 276, 281 (order appointing counsel for proceedings under 28 U.S.C. §2255).

Dated: August 1, 2013.

Respectfully Submitted,
/s/ Jeffrey E. Ellis
Jeffrey Ellis
Attorney at Law
Law Office of Alsept & Ellis
621 SW Morrison St., Ste 1025
Portland, OR  97205
Tel:  (206) 218-7076
Email:  JeffreyErwinEllis@gmail.com

Peter J. Isajiw
Admitted *Pro Hac Vice*
Cadwalader, Wickersham & Taft, LLP
One World Financial Center
New York, NY  10281
Tel:  212-504-6000
Fax:  212-504-6666
Email:  Peter.Isajiw@cwt.com

*Attorneys for Mr. Fields*

## <u>CERTIFICATE OF SERVICE</u>

I, Jeffrey E. Ellis, hereby certify that on August 1, 2013, I electronically filed the

foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of

such filing to the following attorneys of record in the above-entitled case:

> **Gregory S. Gloff**
> Assistant United States Attorney
> 800 Franklin Ave., Ste 280
> Waco, TX  76701
> Email:  Greg.Gloff@usdoj.gov


> /s/ Jeffrey E. Ellis
> Jeffrey E. Ellis
> Attorney at Law