# *United States Court of Appeals*
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE**
**NEW ORLEANS, LA 70130**

August 21, 2013

Mr. Jeffrey E. Ellis
Oregon Capital Resource Center
621 S. W. Morrison Street
Suite 1025
Portland, OR 97205

Mr. Joseph H. Gay Jr.
U.S. Attorney's Office
Western District of Texas
601 N.W. Loop 410, Suite 600
San Antonio, TX 78216-5512

> No. 13-70025    USA v. Sherman Fields
>                 USDC No. 6:09-CV-9
>                 USDC No. 6:01-CR-164-1

Before this appeal can proceed you must apply for a certificate of appealability (COA) to comply with 28 U.S.C.§ 2253.  If you wish to proceed, address your application for COA to this court.  Also send a separate brief supporting the application.  In the brief set forth the issues, clearly give supporting arguments and make appropriate record citations.  Your "application for COA" and "brief in support" together may not exceed the length limitations set forth in FED. R. APP. P. 32(a)(7).  You must electronically file your documents within 40 days from the date of this letter.  If you do not do so we will dismiss the appeal, see 5TH CIR. R. 42. Note that 5TH CIR. R. 31.4 and the Internal Operating Procedures following rules 27 and 31 state the court's sense that except in the most extraordinary circumstances, the <u>maximum</u> extension for filing briefs is 30 days in criminal cases and 40 days in civil cases.

By copy of this letter, we advise counsel for respondent-appellee that their response to the application and brief is due 30 days thereafter.

Sincerely,

LYLE W. CAYCE, Clerk

By:_____
Monica R. Washington, Deputy Clerk
504-310-7705

cc:  Mr. Gregory S Gloff

Case No. 13-70025


UNITED STATES OF AMERICA,

                    Plaintiff - Appellee

v.

SHERMAN LAMONT FIELDS,

                    Defendant - Appellant