Lyle W. Cayce, Clerk

or

Thomas Plunkett, Chief Deputy Clerk
600 S. Maestri Place
New Orleans, LA 70130-3408



U.S. COURT OF APPEALS
RECEIVED
AUG 2 6 2013
FIFTH CIRCUIT

Hello, my name is Sherman Lamont Fields, and I'm an innocent man on Federal Death row. I know, I know, you've heard it all before; And I honestly and truly respect your predisposition to be leery and/or doubtful, however I'm in need of a little guidance, if you will. I have the evidence to prove that I didn't commit the crime, the governments Star witness did, and my conviction(s) and Death Sentence is due to the prosecutions deliberate, intentional and Knowing criminal effort to use the Death Penalty as a murder weapon so that they could murder me via lethal injection in the pretense of Justice. On Direct Appeal my attorney told me that these are 2255 issues, On 2255 I was told that I couldn't present the issues (Although we did file Actual Innocence) without an evidentiary hearing. Well, the District Judge, whom has his own personal Agenda, refused to recuse himself and also denied the evidentiary hearing; My Constitutional rights have been severely and fatally violated, and a host of laws have been ignored and violated. I need to know what steps I need to take to proceed pro se to the 5th Circuit? My brief is about 90% complete thus far and will be finish at the deadline. I promise you I can prove my case ...

Sincerely / Respectfully

Sherman Fields

Sherman L. Fields
# 15651-180
USP Terre Haute
P.O. Box 33
Terre Haute, Indiana
                    47808