# *United States Court of Appeals*
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE**
**NEW ORLEANS, LA 70130**

September 04, 2013

Mr. Jeffrey E. Ellis
Oregon Capital Resource Center
621 S. W. Morrison Street
Suite 1025
Portland, OR 97205

    No. 13-70025    USA v. Sherman Fields
                    USDC No. 6:09-CV-9
                    USDC No. 6:01-CR-164-1

We will take no action on your letter advising you can prove your innocence.  Only your attorney can file motions or other documents on your behalf.  Your motion/letter is being forwarded to your attorney for whatever action he/she deems necessary.

                    Sincerely,

                    LYLE W. CAYCE, Clerk

                    By: _____
                    Monica R. Washington, Deputy Clerk
                    504-310-7705

cc:  Mr. Joseph H. Gay Jr.
     Mr. Sherman L. Fields