# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE**
**NEW ORLEANS, LA 70130**

September 30, 2013

Mr. Jeffrey E. Ellis
Oregon Capital Resource Center
621 S. W. Morrison Street
Suite 1025
Portland, OR 97205

        No. 13-70025    USA v. Sherman Fields
                        USDC No. 6:09-CV-9
                        USDC No. 6:01-CR-164-1

The appellant has moved to relieve you as court-appointed counsel, and requesting to proceed prose.  A copy is enclosed. Your response is due within 14 days from the above date and may be in letter form.  You should set forth any pertinent facts which might assist the court in ruling on the motion.  You are reminded that your obligation to represent the appellant continues until relieved of your appointment by formal court order.

                        Sincerely,

                        LYLE W. CAYCE, Clerk

                        By: _____
                        Monica R. Washington, Deputy Clerk
                        504-310-7705

cc:  Mr. Joseph H. Gay Jr.