IN THE UNITED STATES COURT
OF APPEALS
FOR THE FIFTH CIRCUIT



UNITED STATES OF AMERICA

vs.

SHERMAN LAMONT FIELDS

CIVIL No. W-09-CV-409

CRIMINAL No. W-01-CR-164

\* THIS IS A CAPITAL CASE
(DEATH PENALTY)

13-70025

**MOTION TO PROCEED PRO SE**

1). In March 2002, Sherman Lamont Fields was indicted in a seven count superseding Indictment for ESCAPE, CONSPIRACY, USING AND CARRYING A FIREARM CAUSING DEATH, CARJACKING, USING AND CARRYING A FIREARM DURING AND IN RELATION TO A CRIME OF VIOLENCE, FELON IN POSSESSION OF A FIREARM, AND USING AND CARRYING A FIREARM DURING AND IN RELATION TO A CRIME OF VIOLENCE AFTER THE PROSECUTION DEFRAUDED THE GRAND JURY INTO RETURNING SAID INDICTMENT.

2). The prosecution intentionally, deliberately, knowingly and with malice aforethought went "seeking jailhouse testimony" and then hired/made deals with several inmates, most whom Sherman Fields had never even seen before, to lie and say that Mr. Fields confessed to them up under circumstances/situations that's noticeably fabricated and virtually impossible.

3). The prosecution intentionally, deliberately, knowingly and with malice aforethought picked an extremely bias petit jury and then defrauded said jury by introducing fabricated and false evidence for them to consider while knowing that the evidence was false/fabricated.

4). The presiding Judge, Walter S. Smith, Jr. was also bias and intentionally, deliberately, knowingly and with malice aforethought impeded Mr. Fields' defense. Judge Smith's relationship with a friend whom was attached to the victim's family, and whom his ethics had been questioned in regards to the friend once before undoubtedly clouded his judgement and made it possible for the prosecution to defraud the Court.

5). In January 2004 Sherman Lamont Fields proceeded to trial Pro Se.

6). In February 2004 Sherman Lamont Fields was found guilty on all counts.

7). In March 2004 Sherman Lamont Fields was sentenced to Death.

8). In March 2005 Sherman Lamont Fields via Attorney Robert Owen filed his Direct Appeal to the 5th Circuit Court of Appeals. ( Mr. Fields was informed that his conspiratorial issues are 2255 Habeas Corpus issues.)

9). In March 2007 the 5th Circuit Court of Appeals denied the Direct Appeal due to "Overwhelming Evidence".

10). In March 2009 Sherman Lamont Fields via Attorney(s) Jeff Ellis and Peter Isajiw filed his 2255 Actual Innocence Habeas Petition in the District Court with Judge Walter S. Smith Jr. ( Mr. Fields was informed that his conspiratorial issues will be litigated in an Evidentiary Hearing "if the Court did the right thing")

11.) In September 2012 Judge Walter Smith denied the 2255 Habeas Petition without an Evidentiary hearing. Sherman Fields, via his attorney's immediately filed for reconsideration.

12.) Judge Walter Smith denied the motion for reconsideration and Mr. Fields via his attorney's filed a Notice of Appeal.

13.) After Careful consideration, following the denial of the motion for reconsideration and the filing of the Notice of Appeal, in August 2013 Mr. Fields sent a letter to the Clerk(s) of the 5th Circuit Court of Appeals informing them that he would be proceeding Pro Se and asked for instructions. As of date, September 18, 2013 Mr. Fields have yet to hear back from the 5th Circuit.

14.) The evidence shows that the prosecution knew all along that Mr. Fields did not commit the crime(s) of conviction and that the murder was committed by a romantic rival of the victim a woman named Shalaykea "Lakie" Scroggings and her friend, Edward Lee "Treyboy" Outley whom set Mr. Fields up for the murder with the help of Law Enforcement and prosecutors.

15.) Shalaykea "Lakie" Scroggings and Edward Lee "Treyboy" Outley both lied about their whereabouts at the time of the murder of the victim, Suncerey "Shining Star" Coleman, and gave several different alibi's for that time-frame.

16.) Scroggings and Outley both claimed that Mr. Fields "told" them that he committed the murder, yet they gave several different versions of how, when and where the alleged confession took place.

17.) There is no doubt that Edward Outley possessed the alleged murder weapon.

18.) Four months prior to the murder Scroggings threatened to kill the victim and/or any other woman that she caught Mr. Fields with.

19.) Forensics cleared the car that Mr. Fields drove on the night of the murder, but the car that Scroggings and Outley were driving that night was never tested because they both conspired to hide the vehicle telling investigators that it was a BLUE Jaguar when in fact the evidence proves that the Jaguar was GOLD.

20.) The prosecution knew that Scroggings and Outley were lying yet they presented them to the jury as their Star witnesses and then defrauded the jury by attempting to make them believe that Outley and Scroggings were indeed in a BLUE Jaguar that they knew didn't even exist at the time of the murder.

21.) Both Outley and Scroggings went around telling everyone that Fields killed Coleman and told them crucial details about the murder so they could use that information to lie and get a time reduction.

22.) The evidence shows that Outley and Scroggings knowingly, intentionally and deliberately with malice aforethought went around recruiting inmates to lie and say that Fields confessed to them.

23.) The evidence shows that law enforcement knowingly, intentionally and deliberately with malice aforethought went around recruiting inmates to lie and say that Fields confessed to them.

24.) Every inmate "witness" that the prosecution presented to the jury whom alleged that Fields confessed to them had ties to Outley and Scroggings and had previously communicated with Outley and Scroggings before "coming forward" to make a deal with the prosecution for their false testimony.

25.) Law Enforcement officers coached "witnesses".

26.) Law Enforcement officers committed multiple acts of perjury deliberately, intentionally, knowingly and with malice aforethought and defrauded both the Grand jury and the petit jury, and the Court.

27.) The prosecutors suborned perjury, deliberately, intentionally and knowingly with malice aforethought.

28.) The alleged carjacking "victim", Tammy Edwards gave several different versions of the alleged incident, at first stating that her car was jacked by an unknown black male, but months later changed her story a few more times, claiming in one statement that she knew it was Mr. Fields all along.

29.) The alleged carjacking "victim" was in a relationship with an inmate whom Outley and Scroggings had recruited to lie and say that Fields confessed to him.

30.) The alleged carjacking "victim" defrauded the Court and the jury so that she could sue Civigenics, the company overseeing the jail that Fields walked out of.

31.) The alleged carjacking "victim" is married to, and have a child with a black guy named Darrel Edwards whom robbed an elderly couple and murdered the woman, then pled guilty to a Life sentence to avoid the Death Penalty.

32.) In essence nothing about this case is what it seems on the surface. At trial, prior to proceeding Pro Se Mr. Fields told Judge Smith: " Your Honor, I can't do this, I'm not learned in the Law and I have a severe case of stage fright.", yet Judge Smith forced him to proceed anyway.

So the question(s) that need to be answered is: Do we ignore the real evidence and allow an innocent man to die because, (1) He was no match for those that conspired to use the Death Penalty as a murder weapon rather than a tool to extract justice? (2) Because the prosecutors and their cabal was willing to do anything, even commit criminal act(s) to ensure that Mr. Fields become a victim of the prosecution(s) slaughterhouse? (3) Do we allow an innocent man to be murdered in the pretense of justice? (4) Do we allow the prosecution to use illegal and criminal tacticts to obtain a conviction and shift the Burden of proof onto Mr. Fields just because they know that without DNA evidence the bar on Actual Innocence is virtually impossible to meet? And (5) Which is more important, protecting the American people from these vicious, malicious and murderous prosecutions and preserving the integrity of the Justice system, or do you stand behind prosecutors and their henchman whom have obviously breached the line between what's legal and what is criminal?

33.) In the interest of Justice Sherman Lamont Fields asks the Court to Grant this motion and enter an Order allowing Mr. Fields to file a Brief and corresponding Appendix with the Court in support of the merits herein.

Respectfully Submitted,

Sherman Lamont Fields
#15651-180
USP Terre Haute
P.O. Box 33
Terre Haute, Indiana
47808

10/8/13

JOHN SAMUEL EDWARDS III
Notary Public, State of Indiana
Clay County
My Commission Expires
October 24, 2018