Ms. Melissa Copy
C/O Honorable Lyle W. Cayce III. Clerk
United States Court of Appeals. Fifth Circuit
600 S. Maestri Place
New Orleans, LA 70130-3479

U.S. COURT OF APPEALS
RECEIVED
OCT 07 2013
FIFTH CIRCUIT

IN RE: UNITED STATES OF AMERICA Vs. SHERMAN LAMONT FIELDS
W-01-CR-164-1    APPEAL NO. 13-70025

Today I received a document via snail mail informing me that "Government's Exhibits" have been transmitted. (See Accompanying document). I've tried to contact my Attorney(s) to no avail, but the last time I talked to my Attorney, Jeff Ellis, he told me that my C.O.A petition is due Sept. 30, 2013, but he'd called the Court (Fifth Circuit) And was informed that if he call back within ten days before that date we would be granted a 30 day extension. How is it that the government is transmitting "Exhibits" to the Court And what exactly are these "Exhibits"? And isn't it the proper procedure, and/or isn't it customary for the defendant to file first And then the government respond? In any event I have documents And Exhibits that I need to file as well. I wrote a letter to the District Court almost a year ago informing them that I would be proceeding to the 5th Circuit Pro Se. In August of this year, 2013 I wrote a letter to the 5th Circuit informing them that I'll be proceeding Pro Se; And here just recently, prior

to receiving this document from a motion to proceed Pro Se to the Court; The district Court Acknowleged and responded to the letter, I've yet to hear anything from the 5th Circuit, with the exception of the Aforementioned most recent document; The fact of the matter is that I'm An innocent man on Federal Death Row due to the governments illegal/criminal and unEthical tactics and decisions And I have the documents And Exhibits to prove it yet no Court have given me that opportunity. I would like to respond to Anything that the government file and I will do so in the timeframe Set by the Court

Sincerely / Respectfully Submitted

Sherman L. Fields
# 15651-180
USP Terre Haute
P.O. Box 33
Terre Haute, Indiana
47808

cc on file

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS



Sherman Lamont Fields
15651-180 USP Terre Haute
P.O. Box 33
Terre Haute   IN US   47808

Case: 6:01-cr-00164
Instrument: 367
mc5

Attention Attorney:

ELECTRONIC FILING IS NOW MANDATORY.

If you have not registered with the Court, then please visit our web site
at www.txwd.uscourts.gov/CMECF to register for electronic filing and e-mail
notification.

Attorneys admitted to practice in the Western District of Texas MUST
register for electronic filing.

If you have not already done so, you should also register with the PACER
Service Center as a PACER login and password is required to view
documents and docket sheets.

You can register for a PACER account at: http://pacer.psc.uscourts.gov.

For Pro Se/Prisoner Filers:  you are not required to file electronically
or register for e-mail notification; however, non-prisoner pro se
litigants may petition the Court for permission to electronically file.

**United States District Court**

Waco Division

William G. Putnicki
Clerk of Court

800 Franklin, Room 380
Waco, Texas 76701

September 17, 2013

Honorable Lyle W. Cayce III, Clerk
United States Court of Appeals, Fifth Circuit
600 S. Maestri Place
New Orleans, LA 70130-3479

RE: UNITED STATES OF AMERICA VS SHERMAN LAMONT FIELDS W-01-CR-164-1
     APPEAL NO. 13-70025

    In connection with this appeal, the following documents are transmitted.  Please acknowledge receipt on the enclosed copy of this letter.

_____    Certified copy of the Notice of Appeal and docket entries.

_____    Certified copy of Notice of Cross-Appeal and docket entries.

_____    Judgment and Commitment Order has not been entered.

_____    SUPPLEMENTAL Record on appeal consisting of _1_ Electronic Volumes of the Record; _ Original Volumes of the Record; __ Sealed Envelopes; and _1_ Volumes of Transcripts

_____    Copy of CJA-20 appointing counsel.

_xx_    Other: Government's Exhibits

    In regard to the Notice of Appeal, the following additional information is furnished:

_____    The Court of Appeals docket fee HAS ____ HAS NOT ____ been paid.

_____    This case is proceeding In Forma Pauperis.

_____    Although the Court of Appeals docket fee was not paid at the time of the Notice of Appeal was filed, it was paid on _____.

_____    District Judge/Magistrate entering this final judgment is _____.

_____    Court Reporter assigned to this case is _____.

_____    If criminal case, names and numbers of other defendants are _____

_____    This case was decided without a hearing.  There will be no transcript.

Sincerely,

*Melissa Copp*

Melissa Copp
Deputy Clerk

ENTRY 1  UPS  GROUND TRACKING NUMBER
1Z E2E 648 03 1008 588 0