# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE**
**NEW ORLEANS, LA 70130**

October 07, 2013

#15651-180
Mr. Sherman Lamont Fields
USP Terre Haute
P.O. Box 33
Terre Haute, IN 47808-0000

        No. 13-70025    USA v. Sherman Fields
                        USDC No. 6:09-CV-9
                        USDC No. 6:01-CR-164-1

We will take no action on your letter advising you want to file exhibits.   Only your attorney can file motions or other documents on your behalf.  Your motion/letter is being forwarded to your attorney for whatever action he deems necessary.


                    Sincerely,

                    LYLE W. CAYCE, Clerk

                    By: _____
                    Monica R. Washington, Deputy Clerk
                    504-310-7705


cc:  Mr. Jeffrey E. Ellis
     Mr. Joseph H. Gay Jr.