# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE**
**NEW ORLEANS, LA 70130**

October 23, 2013

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

    No.13-70025    USA v. Sherman Fields
                       USDC No.6:09-CV-9
                       USDC No.6:01-CR-164-1

Enclosed is an order entered in this case.

Sincerely,

LYLE W. CAYCE, Clerk

By: _____
Monica R. Washington, Deputy Clerk
504-310-7705

Mr. Jeffrey E. Ellis
Mr. Sherman Lamont Fields
Mr. Joseph H. Gay Jr.