# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　　　　Plaintiff/Appellee,<br><br>　　v.<br><br><br>SHERMAN L. FIELDS,<br>　　　　　　　Defendant/Appellant. | No. 13-70025<br><br>MOTION TO EXTEND TIME<br><br><br><br><br>*This is a Capital Case* |

Sherman Fields, Appellant, moves this Court for an extension of time to file his *Motion for a Certificate of Appealability* and proposed brief in support.

Mr. Fields' motion and supporting brief are currently due on October 30, 2013, after a 30-day extension was granted on September 16, 2013.

Since that date two unforeseen circumstances occurred that make this motion necessary.

First, as of this writing undersigned has not received the record from the district court. Undersigned counsel requested a copy of the district court record as soon as it was certified to this Court. As the district court's docket (*Dkt. No. 369*) sows, the record was not mailed to counsel until October 23, 2013—one day ago and only one week before the current motion and brief date. Given the size of the

1

record, it will take a significant amount of time once the record is received in order to enter record page cites for the facts relied on by Fields in his brief.

Second, Mr. Isajiw is co-counsel in this appeal and in the district court. His fiancée was recently hospitalized with potentially life threatening injuries after being attacked and stabbed by a stranger with scissors. The attack, one of several on that day, is described in an article in the New York *Times* on October 1, 2013, entitled "Five are Injured by Attacker with Scissors in Riverside Park." See http://www.nytimes.com/2013/10/02/nyregion/four-people-stabbed-in-riverside-park.html?_r=0. Mr. Isajiw's fiancée is the "36 year-old woman jogging" indentified as the first person attacked in the article. Needless to say, this harrowing incident has significantly impacted Mr. Isajiw's schedule, as he attended to his fiancée's medical needs.

Despite these two unexpected circumstances, counsel have been working diligently and are confident that the motion and supporting brief will be filed by November 13, 2013.

The Government does not oppose this motion.

DATED this 24th day of October, 2013.

/s/ Jeffrey E. Ellis
Jeffrey E. Ellis
Law Office of Alsept & Ellis
621 SW Morrison St., Ste 1025
206/218-7076 (ph)
JeffreyErwinEllis@gmail.com

2

## CERTIFICATE OF SERVICE

I, Jeffrey E. Ellis, hereby certify that on October 24, 2013, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following attorneys of record in the above-entitled case:

Joseph H. Gay, Jr., Assistant U.S. Attorney
U.S. Attorney's Office
Western District of Texas
601 N.W. Loop 410, Suite 600
San Antonio, TX 78216-5512
Email: joseph.gay@usdoj.gov

/s/ Jeffrey E. Ellis
Jeffrey E. Ellis
Attorney at Law