# IN THE UNITED STATES COURT OF APPEALS

# FOR THE FIFTH CIRCUIT

_____

No. 13-70025

_____

UNITED STATES OF AMERICA,

Plaintiff - Appellee

v.

SHERMAN LAMONT FIELDS,

Defendant - Appellant

_____

Appeal from the United States District Court for the
Western District of Texas, Waco

_____

O R D E R:

IT IS ORDERED that appellant's unopposed motion for an extension of 14 days, or to and including November 13, 2013, to file a motion for a certificate of appealability is GRANTED.

/s/CAROLYN DINEEN KING
CAROLYN DINEEN KING
UNITED STATES CIRCUIT JUDGE