# C A D W A L A D E R

Cadwalader, Wickersham & Taft LLP
One World Financial Center, New York, NY 10281
Tel +1 212 504 6000  Fax +1 212 504 6666
www.cadwalader.com

New York  London  Charlotte  Washington
Houston  Beijing  Hong Kong  Brussels

November 7, 2013

Monica R. Washington
Counsel to Clerk's Office
U.S. Fifth Circuit Court of Appeals
600 S. Maestri Place
New Orleans, LA 70130-3408

Re:    *Sherman Lamont Fields v. United States*, 13-70025 (5th Cir.) - Representation
       of Sherman Fields

Dear Ms. Washington:

I am a partner at Cadwalader, Wickersham & Taft, LLP.  Cadwalader has represented
Mr. Sherman Fields on a Pro Bono basis since January, 2008.  As discussed, I write to confirm
that Cadwalader's representation of Mr. Fields in connection with the action pending before the
United States Court of Appeals for the Fifth Circuit will continue to be on a Pro Bono basis,
and that the Firm will not seek any compensation from the Court for its work on the matter.

If you have any questions or concerns, please do not hesitate to contact me.  Thank you in
advance for your time and attention to this matter.

Very truly yours,

Peter J. Isajiw