# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

| | |
|---|---|
| **LYLE W. CAYCE** | **TEL. 504-310-7700** |
| **CLERK** | **600 S. MAESTRI PLACE** |
| | **NEW ORLEANS, LA 70130** |

November 13, 2013

#15651-180
Mr. Sherman Lamont Fields
USP Terre Haute
P.O. Box 33
Terre Haute, IN 47808-0000

         No. 13-70025     USA v. Sherman Fields
                          USDC No. 6:09-CV-9
                          USDC No. 6:01-CR-164-1

We will take no action on your letter/motion.  Only your attorney can file motions or other documents on your behalf. Your motion is being forwarded to your attorney for whatever action he deems necessary.

Also, on October 23, 2013, the court denied your motion to proceed pro se.


                         Sincerely,

                         LYLE W. CAYCE, Clerk

                         By:_____
                         Monica R. Washington, Deputy Clerk
                         504-310-7705

cc:  Mr. Jeffrey E. Ellis
     Mr. Peter J. Isajiw