# IN THE UNITED STATES COURT OF APPEALS

## FOR THE FIFTH CIRCUIT
_____

No. 13-70025
_____

UNITED STATES OF AMERICA,

      Plaintiff - Appellee

v.

SHERMAN LAMONT FIELDS,

      Defendant - Appellant

_____

Appeal from the United States District Court for the
Western District of Texas, Waco
_____

O R D E R:

IT IS ORDERED that appellant's unopposed motion for leave to file brief in support of certificate of appealability in excess of word limitation, but not to exceed 46,790 words is GRANTED.

                       ____/s/CAROLYN DINEEN KING___
                          CAROLYN DINEEN KING
                  UNITED STATES CIRCUIT JUDGE