# *United States Court of Appeals*
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE**
**NEW ORLEANS, LA 70130**

November 14, 2013

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

    No. 13-70025    USA v. Sherman Fields
                      USDC No. 6:09-CV-9
                      USDC No. 6:01-CR-164-1

Enclosed is an order entered in this case.

                      Sincerely,

                      LYLE W. CAYCE, Clerk

                      By: _____
                      Monica R. Washington, Deputy Clerk
                      504-310-7705

Mr. Jeffrey E. Ellis
Mr. Joseph H. Gay Jr.
Mr. Peter J. Isajiw