**IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　　　　Plaintiff/Appellee,<br>　　　v.<br><br>SHERMAN L. FIELDS,<br>　　　　　　　Defendant/Appellant. | No. 13-70025<br><br>UNOPPOSED MOTION FOR LEAVE TO SUBMIT A REPLY BRIEF AND TO EXTEND TIME<br><br><br>*This is a Capital Case* |

Sherman Fields, Appellant, moves this Court for leave and for an extension of time to March 31, 2014, to file a reply in support of his *Motion for a Certificate of Appealability.*

In support of this Motion, he states the following:

1.　　On November 13, 2013, after this Court granted him additional time, Mr. Fields filed his *Application for Certificate of Appealability* and *Brief in Support*.

2.　　On December 16, 2013, this Court granted the Government's motion to extend time to file its response from December 16, 2013, until February 13, 2014.  Mr. Fields did not oppose the Government's request for additional time. The Government filed its response on February 13, 2014, and this Court accepted the response on February 14, 2014.

1

3.    Due to the complexity of the issues in this capital case, Mr. Fields requests leave to file a Reply *Brief* addressing the Government's arguments.

5.    This *Reply* is intended to assist the Court in its consideration of the important and factually complicated issues.

6.    Mr. Fields is requesting approximately 30 additional days to file the reply.  Undersigned counsel has an opening brief in a capital case due on February 24, 2014, and a reply brief in another capital case due in the Ninth Circuit on March 9, 2014.

7.    The Government does not oppose this request.

WHEREFORE, Defendant-Appellant Sherman Fields respectfully requests that this Court grant Mr. Fields leave to file a *Reply Brief* due on or before March 31, 2014.

DATED this 18th day of February, 2014.

/s/ Jeffrey E. Ellis
Jeffrey E. Ellis
Law Office of Alsept & Ellis
621 SW Morrison St., Ste 1025
JeffreyErwinEllis@gmail.com

Peter J. Isajiw
Cadwalader, Wickersham & Taft, LLP
One World Financial Center
New York, New York  10281
Telephone:  (212) 504-6000
Peter.Isajiw@cwt.com

*Attorneys for Mr. Fields*

2

# CERTIFICATE OF SERVICE

I, Jeffrey E. Ellis, hereby certify that on February 18, 2014, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following attorneys of record in the above-entitled case:

Ms. Jennifer Sheffield Freel, Assistant U.S. Attorney: jennifer.freel@usdoj.gov, appealsecf.usatxw@usdoj.gov
Mr. Joseph H. Gay, Jr., Assistant U.S. Attorney: joseph.gay@usdoj.gov, amber.glascock@usdoj.gov,susan.oneal@usdoj.gov, rita.diaz@usdoj.gov, sarah.torres@usdoj.gov, APPEALSECF.USATXW@USDOJ.GOV
U.S. Attorney's Office
Western District of Texas
601 N.W. Loop 410, Suite 600
San Antonio, TX 78216-5512

/s/ Jeffrey E. Ellis
Jeffrey E. Ellis
Attorney at Law