# IN THE UNITED STATES COURT OF APPEALS

## FOR THE FIFTH CIRCUIT
_____

No. 13-70025
_____

UNITED STATES OF AMERICA,

      Plaintiff - Appellee

v.

SHERMAN LAMONT FIELDS,

      Defendant - Appellant

_____

Appeal from the United States District Court for the
Western District of Texas, Waco
_____

O R D E R:

IT IS ORDERED that appellant's unopposed motion for an extension of time to and including March 31, 2014, to file the reply to response/opposition to application for certificate of appealability is GRANTED IN PART. Appellant's reply must be filed on or before March 14, 2014. No further extension will be granted.

/s/ CAROLYN DINEEN KING

_____
CAROLYN DINEEN KING
UNITED STATES CIRCUIT JUDGE