# IN THE UNITED STATES COURT OF APPEALS

## FOR THE FIFTH CIRCUIT
_____

No. 13-70025
_____

UNITED STATES OF AMERICA,

       Plaintiff - Appellee

v.

SHERMAN LAMONT FIELDS,

       Defendant - Appellant

_____

Appeal from the United States District Court for the
Western District of Texas, Waco
_____

O R D E R:

     IT IS ORDERED that appellant's motion to disqualify Judge Edith H. Jones is DENIED.


           ___/s/Edith H. Jones_____
             EDITH H. JONES
          UNITED STATES CIRCUIT JUDGE