# *United States Court of Appeals*
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE**
**NEW ORLEANS, LA 70130**

February 27, 2014

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

    No. 13-70025    USA v. Sherman Fields
                   USDC No. 6:09-CV-9
                   USDC No. 6:01-CR-164-1

Enclosed is an order entered in this case.

                   Sincerely,

                   LYLE W. CAYCE, Clerk

                   By: _____
                   Monica R. Washington, Deputy Clerk
                   504-310-7705

Mr. Jeffrey E. Ellis
Ms. Jennifer Sheffield Freel
Mr. Joseph H. Gay Jr.
Mr. Peter J. Isajiw