# *United States Court of Appeals*
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE**
**NEW ORLEANS, LA 70130**

March 17, 2014

Mr. Jeffrey E. Ellis
Oregon Capital Resource Center
621 S. W. Morrison Street
Suite 1025
Portland, OR 97205

Mr. Peter J. Isajiw
Cadwalader, Wickersham & Taft, L.L.P.
1 World Financial Center
New York, NY 10281

        No. 13-70025    USA v. Sherman Fields
                        USDC No. 6:09-CV-9
                        USDC No. 6:01-CR-164-1

Dear Counsel:

We received your reply to response.  We are taking no action on
this document because it is filed incorrect.


                         Sincerely,

                         LYLE W. CAYCE, Clerk

                         By: _____
                         Monica R. Washington, Deputy Clerk
                         504-310-7705

cc:  Ms. Jennifer Sheffield Freel
     Mr. Joseph H. Gay Jr.