# IN THE UNITED STATES COURT OF APPEALS

## FOR THE FIFTH CIRCUIT
_____

No. 13-70025
_____

UNITED STATES OF AMERICA,

       Plaintiff - Appellee

v.

SHERMAN LAMONT FIELDS,

       Defendant - Appellant

_____

Appeal from the United States District Court for the
Western District of Texas, Waco
_____

O R D E R:

      IT IS ORDERED that appellant's unopposed motion for leave to file the reply to response/opposition to application for certificate of appealability in excess of word limitation, but not to exceed 20,193 words is DENIED; Appellant's reply cannot exceed 10,000 words and must be filed by 4:00PM on March 21, 2014.  No extensions will be granted.

 

_____
CAROLYN DINEEN KING
UNITED STATES CIRCUIT JUDGE