HOUSTON, TX

BOB CASEY FEDERAL BUILDING - COURTROOM 11-D

Wednesday, May 21, 2014


1:30 PM



No. 13-70025 - USA v. Sherman Fields


DEPUTY

Pam F. Trice


**NOTE: Counsel presenting argument should check in at Courtroom 11-D of the Bob Casey Federal Building, 515 Rusk Street, Houston, TX, between 01:00 and 01:15 PM.  Thirty (30) minutes of argument time per side has been authorized.**