REVISED – 02/04/2014

# NOTICE TO COUNSEL
# APPOINTED UNDER THE CRIMINAL JUSTICE ACT

### PLEASE CONTACT THE COURT'S CJA ANALYST FOR
### A GOVERNMENT AUTHORIZATION NUMBER

Pursuant to Section 702 of the Federal Courts Administration Act of 1992, Public Law 102-572, 106 Stat. 4506, you are authorized to obtain government travel rates for airline travel to attend oral argument before this court in connection with providing representation under the Criminal Justice Act. **PLEASE NOTE:** You are NOT entitled to government travel authorization if you are not appointed under the Criminal Justice Act.

1)      When you receive the calendar scheduling your case for oral argument, please contact the CJA Analyst at cja_travel@ca5.uscourts.gov or (504) 310-7799 to advise the CJA Analyst of your plan to travel by commercial airline and your specific dates of travel.  Travel expenses for oral argument purposes will be limited to a total of one and one half days.  **You should make travel arrangements *as soon as possible* after you receive the oral argument calendar.**  If you fail to timely request a travel authorization, or to make timely travel arrangements through National Travel and cannot get the Government rate, we will  reimburse your travel expenses at the government rate.

2)      The CJA Analyst will email you a Government Travel Authorization.  The email will include the Government Travel Authorization Number and the number for National Travel.

3)      Upon receipt of the Government Travel Authorization, contact National Travel to obtain government rate airline tickets for coach seating which will be charged to the court's account. Please inform the National Travel agent that you are an attorney providing CJA representation in this court, and provide them with your Government Travel Authorization number.  National Travel will issue an electronic airline ticket.

4)      National Travel is a full-service travel agency and can assist with hotel reservations at a government rate.  (If you wish to "guarantee" your hotel reservations, you must do so using your personal credit card number.  You may claim reimbursement for lodging and meal expenses on your CJA voucher.)

6)      You must carry a copy of the Government Travel Authorization form with you during your authorized travel should an airline representative ask for identification.  You must also attach a copy of the airline ticket to your CJA voucher for auditing purposes.  Otherwise, there may be delay in processing your CJA voucher.

**Travel must be by method of transportation which will result in the greatest advantage to the Government, cost and fees considered and claimed on an actual expense basis.** If you choose to use a private automobile in lieu of a commercial airline as a matter of personal preference, the court shall determine whether travel time should be apportioned.

Please contact the CJA Analyst at cja_travel@ca5.uscourts.gov or 504-310-7799 for a Government Travel Authorization.