# IN THE UNITED STATES COURT OF APPEALS

## FOR THE FIFTH CIRCUIT

---

No. 13-70025

---

UNITED STATES OF AMERICA,

       Plaintiff - Appellee

v.

SHERMAN LAMONT FIELDS,

       Defendant - Appellant

---

Appeal from the United States District Court for the
Western District of Texas, Waco

---

Before KING, JONES, and SMITH, Circuit Judges.

PER CURIAM:

       Appellant's motion to disqualify Judge Edith H. Jones was denied by Judge Jones. Treating appellant's petition for rehearing en banc as a motion for reconsideration by the panel, the other members of the panel decline to consider the motion, and it is referred to Judge Jones for disposition. *See Schurz Commc'ns, Inc. v. FCC*, 982 F.2d 1057, 1059 (7th Cir. 1992); *see also Miles v. Ryan*, 697 F.3d 1090, 1090 (9th Cir. 2012); *In re Bernard*, 31 F.3d 842, 843 (9th Cir. 1994).