# IN THE UNITED STATES COURT OF APPEALS

## FOR THE FIFTH CIRCUIT

_____

No. 13-70025

_____

UNITED STATES OF AMERICA,

 Plaintiff - Appellee

v.

SHERMAN LAMONT FIELDS,

 Defendant - Appellant

_____

Appeal from the United States District Court for the
Western District of Texas, Waco

_____

O R D E R :

IT IS ORDERED that the Appellant's motion for reconsideration is DENIED.


     ____/s/Edith H. Jones_____
     EDITH H. JONES
     UNITED STATES CIRCUIT JUDGE