THE LAW OFFICES OF

# ALSEPT & ELLIS, LLC

**621 SW MORRISON ST., STE 1025**
**PORTLAND, OR 97205**

May 18, 2014

Mr. Lyle W. Cayce
Clerk of Court
United States Court of Appeals for the Fifth Circuit
600 S. Maestri Place
New Orleans, LA 70130

**RE:   UNITED STATES V. SHERMAN LAMONT FIELDS, NO. 13-70025**

Clerk of the Court:

Pursuant to FRAP 28(j) Petitioner submits the additional authority:

*Escamilla v. Stephens*, --- F.3d ----, 2014 WL 1465361 (5th Cir. 2014) ("we grant a COA as to petitioner's claim that trial counsel's failure to investigate and present adequate mitigating evidence violated his Sixth Amendment right to effective assistance of counsel…).

The instant case is set for oral argument this Wednesday, May 21, 2014.

Sincerely,

/s/Jeffrey Ellis
Jeffrey Ellis

/s/Peter Isajiw
Peter Isajiw
*Attorneys for Mr. Fields*