# *United States Court of Appeals*
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE**
**NEW ORLEANS, LA 70130**

July 30, 2014

Mr. William Putnicki
Western District of Texas, Waco
United States District Court
800 Franklin Avenue
Waco, TX 76701

    No. 13-70025   USA v. Sherman Fields
                       USDC No. 6:09-CV-9
                       USDC No. 6:01-CR-164-1

Dear Mr. Putnicki,

Enclosed is a copy of an opinion-order entered on 7/30/14.  We have closed the case in this court.

We will forward the record on appeal at a later date.

                      Sincerely,

                      LYLE W. CAYCE, Clerk

*Jamei R. Cheramie*

                      By: _____
                      Jamei R. Cheramie, Deputy Clerk

Enclosure(s)

cc:
    Mr. Jeffrey E. Ellis
    Ms. Jennifer Sheffield Freel
    Mr. Joseph H. Gay Jr.
    Mr. Peter J. Isajiw
    Honorable Walter S. Smith Jr.