# *United States Court of Appeals*
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE**
**NEW ORLEANS, LA 70130**

September 16, 2014

Mr. Jeffrey E. Ellis
Oregon Capital Resource Center
621 S. W. Morrison Street
Suite 1025
Portland, OR 97205

Mr. Peter J. Isajiw
Cadwalader, Wickersham & Taft, L.L.P.
1 World Financial Center
New York, NY 10281

    No. 13-70025    USA v. Sherman Fields
                USDC No. 6:09-CV-9
                USDC No. 6:01-CR-164-1

Dear Counsel,

You must submit the 20 paper copies of your rehearing en banc required by 5ᵀᴴ CɪR. R. 35.2 within 5 days of the date of this notice pursuant to 5th Cir. ECF Filing Standard E.1.

**When you submit your paper copies, in accordance with Fifth Circuit Rule 35.2.10 a copy of the opinion or order sought to be reviewed should be attached to the petition for rehearing en banc.**

                Sincerely,

                LYLE W. CAYCE, Clerk

                By: _____
                Monica R. Washington, Deputy Clerk
                504-310-7705

cc:  Ms. Jennifer Sheffield Freel
     Mr. Joseph H. Gay Jr.