# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE**
**NEW ORLEANS, LA 70130**

September 30, 2014

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

        No. 13-70025    USA v. Sherman Fields
                        USDC No. 6:09-CV-9
                        USDC No. 6:01-CR-164-1

Enclosed is an order entered in this case.

                        Sincerely,

                        LYLE W. CAYCE, Clerk

                        By: _____
                        Monica R. Washington, Deputy Clerk
                        504-310-7705

Mr. Jeffrey E. Ellis
Ms. Jennifer Sheffield Freel
Mr. Joseph H. Gay Jr.
Mr. Peter J. Isajiw