# Supreme Court of the United States
## Office of the Clerk
## Washington, DC  20543-0001

December 31, 2014

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

Clerk
United States Court of Appeals for the Fifth Circuit
600 S. Maestri Place
New Orleans, LA  70130

Re:   Sherman Lamont Fields
v. United States
No. 14-772
(Your No. 13-70025)

Dear Clerk:

The petition for a writ of certiorari in the above entitled case was filed on December 29, 2014 and placed on the docket December 31, 2014 as No. 14-772.

Sincerely,

**Scott S. Harris**, Clerk

by

Clayton Higgins
Case Analyst