# *United States Court of Appeals*
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE**
**NEW ORLEANS, LA 70130**

June 09, 2015

Ms. Jeannette Clack
Western District of Texas, Waco
United States District Court
800 Franklin Avenue
Waco, TX 76701

    No. 13-70025   USA v. Sherman Fields
                   USDC No. 6:09-CV-9
                   USDC No. 6:01-CR-164-1

Dear Ms. Clack,

Enclosed is a copy of the Supreme Court order denying certiorari.

       Sincerely,

       LYLE W. CAYCE, Clerk

       By: _____
       Charlene A. Vogelaar, Deputy Clerk
       504-310-7648