# *United States Court of Appeals*
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE**
**NEW ORLEANS, LA 70130**

May 17, 2016

Mr. Jeffrey E. Ellis
Oregon Capital Resource Center
621 S. W. Morrison Street
Suite 1025
Portland, OR 97205

Mr. Peter J. Isajiw
Cadwalader, Wickersham & Taft, L.L.P.
1 World Financial Center
New York, NY 10281

    No. 13-70025    USA v. Sherman Fields
                USDC No. 6:09-CV-9
                USDC No. 6:01-CR-164-1

Dear Mr. Ellis, and Mr. Isajiw,

We received your Motion for Authorization to file a Successive 2255 with Proposed 2255 Petition.  We are taking no action on this motion because the document is filed in a closed case.  A motion for authorization to file a successive petition is a new originating document.  Therefore, the document should be filed through pay.gov, or by mail.  Also, the above appeal number should be removed from the document.

                Sincerely,

                LYLE W. CAYCE, Clerk

                By: _____
                Monica R. Washington, Deputy Clerk
                504-310-7705

cc:  Ms. Jennifer Sheffield Freel
      Mr. Joseph H. Gay Jr.